UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62138-Dimitrouleas/Augustin-Birch

SYDNEY MARIE KEEFE,

    Plaintiff,

v.

BRITT'S BOW WOW BOUTIQUE, INC,
MERRI COLVARD,

    Defendants.
_____/

## VERDICT FORM

Do you find from a preponderance of the evidence:

1. That Sydney Marie Keefe, as an employee of Britt's Bow Wow Boutique, Inc., was either engaged in commerce or in the production of goods for commerce or employed by an enterprise engaged in commerce or in the production of commercial goods and was not properly paid overtime pursuant to the FLSA??

    Answer Yes or No __yes__

[If your answer is "No," skip questions 2-5 and proceed to question 6.
If your answer is "Yes," go to the next question.].

2. That Defendant Merri Colvard exerted sufficient control over significant aspects of Britt's Bow Wow Boutique, Inc.'s employment policies such that she is individually liable for violations of the FLSA?

    Answer Yes or No __yes__

[Go to the next question.].

3. That Sydney Marie Keefe was not paid at least one-and-one-half times her regular rate for time worked over 40 hours in a workweek, as required by law?

   Answer Yes or No __yes__

[If your answer is "No," skip questions 4-5 and proceed to question 6.
If your answer is "Yes," go to the next question.].

4. That Sydney Marie Keefe should be awarded damages?

   Answer Yes or No __yes__

   If your answer is "Yes," in what amount? $__52,000__.__00__

[If your answer is "No," skip question 5 and proceed to question 6.
If your answer is "Yes," go to the next question.].

5. That Defendants willfully violated the terms of the FLSA with respect to overtime pay?

   Answer Yes or No __yes__

[Go to the next question.].

6. That Sydney Marie Keefe engaged in fraud by submitting false timecards or false expense reports to Britt's Bow Wow Boutique, Inc. for payment.

   Answer Yes or No __no__

[If your answer to Question 6 is "Yes," Please proceed to Question 7. If your answer to Question 6 is "No," Please proceed to Question 8.]

7. That Britt's Bow Wow Boutique, Inc. and Merri Colvard should be awarded damages for the fraud claim.

   Answer Yes or No __no__

   If your answer is "Yes," in what amount? $_____

[Proceed to Question 8].

8. That Sydney Marie Keefe converted funds belonging to Britt's Bow Wow Boutique, Inc. and Merri Colvard when she obtained payment for hours she did not work or reimbursement for expenses she did not incur.

  Answer Yes or No    __no__

[If your answer to Question 8 is "Yes," Please proceed to Question 9. If your answer to Question 8 is "No," Please proceed to Question 10.]

9. That Britt's Bow Wow Boutique, Inc. and Merri Colvard should be awarded damages for the conversion claim.

  Answer Yes or No    __no__

  If your answer is "Yes," in what amount? $_____

[Proceed to Question 10].

10. That Sydney Marie Keefe was unjustly enriched by receiving amounts for hours she did not work or expenses she did not incur.

  Answer Yes or No    __no__

[If your answer to Question 10 is "Yes," Please proceed to Question 11. If your answer to Question 10 is "No," this ends your deliberations. Please have the Foreperson sign and date this Verdict Form.]

11. That Britt's Britt's Bow Wow Boutique, Inc. and Merri Colvard should be awarded damages for the unjust enrichment claim.

  Answer Yes or No    __no__

  If your answer is "Yes," in what amount? $_____

SO SAY WE ALL.

Date: 9-29-23

Foreperson's Signature