UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62138-CIV-DIMITROULEAS

SYDNEY MARIE KEEFE,

    Plaintiff,

vs.

BRITT's BOW WOW BOUTIQUE, INC.,
and MERRI COLVARD,

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the Trial conducted September 26-29, 2023 and the Jury Verdict of September 29, 2023. Pursuant to Fed. R. Civ. P. 58(a), the Court enters this separate judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff SYDNEY MARIE KEEFE and against Defendants BRITT's BOW WOW BOUTIQUE, INC., and MERRI COLVARD on Plaintiff's claim for overtime pay in the amount of $104,000.00[1], for which let execution issue;

2. Judgment is entered in favor of Plaintiff SYDNEY MARIE KEEFE and against Defendants BRITT's BOW WOW BOUTIQUE, INC., and MERRI COLVARD on Defendants' claims for fraud, conversion, and unjust enrichment;

---

[1] This amount represents the jury award of $52,000.00, plus liquidated damages.

      3.      The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of September, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record