UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62138-CIV-DIMITROULEAS

SYDNEY MARIE KEEFE,

    Plaintiff,

vs.

BRITT's BOW WOW BOUTIQUE, INC.,
and MERRI COLVARD,

    Defendants.
_____/

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING PLAINTIFF'S MOTION FOR SUPPLEMENTAL COSTS GRANTING IN PART SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Augustin-Birch (the "Report") [DE 184], issued on November 17, 2025, and Plaintiff's Motion for Supplemental Costs and Plaintiff's Verified Motion for Supplemental Attorney's Fees [DE's 177, 181]. The Court notes that no objections to the Report [DE 184] have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 184] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 184] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 184] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Supplemental Costs [DE 177] is **GRANTED**. Plaintiff is hereby awarded $383.15 in costs.

3. Plaintiff's Motion for Supplemental Attorney's Fees [DE 181] is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is hereby awarded $43,012.50 in attorney's fees.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 2nd day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Augustin-Birch